Dismissed and Memorandum Opinion filed June 17, 2004









Dismissed and Memorandum Opinion filed June 17, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01203-CV

____________

 

JEAN
SMALLWOOD, Appellant

 

V.

 

FIESTA HOMES,
MICHAEL A. CULLING AND MARCO JARAMILLO, Appellees

 

MICHAEL A. CULLING, Appellant

 

V.

 

JEAN SMALLWOOD, Appellee

 

 



 

On Appeal from
County Court at Law No. 3

 Brazoria County, Texas

Trial Court Cause
No. 30,136B  

 



 

M E M O R A N D U M   O P I N I O N

This is a double appeal from a judgment signed September 26,
2003.








On June 7, 2004, appellant Jean Smallwood and appellant
Michael A. Culling  filed a joint motion
to dismiss their appeals because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeals are ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 17, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.